UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA KAYE GOLDEN,<br><br>        Appellant,<br><br>v.<br><br>RICHARD KIPPERMAN,<br><br>        Appellee. | Case No.: 20-CV-1001 TWR (NLS)<br><br>**ORDER DENYING APPELLANT'S MOTION FOR LEAVE TO FILE ELECTRONICALLY**<br><br>(ECF No. 9) |

  Presently before the Court is Appellant Lisa Kaye Golden's Declaration in Support of Motion for Order Allowing Electronic Filing by Appellant and Plaintiff Lisa Golden in All Pending Cases ("Mot.," ECF No. 9). On June 1, 2020, the Honorable Dana M. Sabraw granted Appellant access to the CM/ECF system but denied her leave to file documents electronically. (*See* ECF No. 2.) Through the instant Motion, Appellant "respectfully requests, for a second official time, to be allowed to electronically file as all other parties are allowed to do." (Mot. at 1.)

  All parties, however, are not entitled to file documents electronically. Indeed, this District's Electronic Case Filing Administrative Policies and Procedures Manual provides that, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office by parties appearing without an attorney *must be in legible, paper form*." (*Id.* § 2(b) (emphasis added).) Consequently, by default, all pro se litigants in this District

file in paper unless granted leave to file electronically.  Contrary to Appellant's assertion, (*see* Mot. at 2), electronic filing is a privilege, not a right.

Judge Sabraw previously determined that Appellant was not entitled to file electronically, (*see* ECF No. 2), and Appellant offers no further argument in favor the Court revisiting Judge Sabraw's prior ruling.  The Court therefore **DENIES** Appellant's Motion.

**IT IS SO ORDERED.**

Dated:  October 8, 2020

Honorable Todd W. Robinson
United States District Court